UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                         23 CR 108 (PKC)

       -against-                                                                  <u>ORDER</u>

TONI McCULLOUGH,

                              Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The sentencing in the above case is scheduled for June 28, 2023 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                    P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
           March 9, 2023