

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

April 13, 2023

**Via ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
4-13-23

### Re: **United States v. Toni McCullough**
### Ind. # 23 Cr. 108 (PKC)

Dear Judge Castel:

I am CJA counsel for Ms. McCullough. With the consent of pre-trial services and the Government, I respectfully request that Ms. McCullough's bail conditions be modified to permit her to travel to Buffalo (WDNY) and New Jersey (DNJ). These visits are for business and family reasons.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Ms. McCullough

By: Steven Brill