

June 8, 2023

Sentencing is adjourned from June 28, 2023 to September 7, 2023 at 3:30 p.m. in Courtroom 11D.
SO ORDERED.
Dated:  6/8/2023

P. Kevin Castel
United States District Judge

**Via ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Toni McCullough**
Ind. # 23 Cr. 108 (PKC)

Dear Judge Castel:

I am CJA counsel for Ms. McCullough.  Ms. McCullough is scheduled for sentencing on June 28, 2023.  With the consent of the government, I am respectfully asking to adjourn her sentencing until either August 14, 15, 16 or 17.  I have recently received the final PSR and am in the process of receiving other documentation necessary for our sentencing submission.  This is our first request for an adjournment.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Ms. McCullough

By: Steven Brill