

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

December 6, 2023

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
12-6-23

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Toni McCullough*
Ind. # 23 Cr. 108 (PKC)

Dear Judge Castel:

Your Honor sentenced Ms. McCullough to six months on September 7, 2023. Yesterday she surrendered to FCI Danbury to begin serving that sentence. As part of her original bail conditions, she provided her U.S. Passport to Pre Trial-Services. Now that her case is resolved, and she is serving her sentence, I am respectfully requesting that Your Honor remove this condition and authorize Pre-Trial Services to release her Passport to her or her family.

OK

Thank you for your consideration.

Respectfully submitted,

SULLIVAN | BRILL, LLP

_____
By: Steven Brill, Esq.